IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SOULEYMANE DIALLO A# 245-706-778                          PETITIONER

V.                                              CIVIL NO. 5:26-cv-472-DCB-BWR

WARDEN, Adams County Correctional Center                  RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Souleymane Diallo's (Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi.  After initial review of Petitioner's filings, the Court finds that Respondent shall respond to the Petition.

**IT IS THEREFORE ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order.  Respondent shall respond to the Petition [1] and Petitioner's Motion [2] for a temporary restraining order, and shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.   If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of Petitioner's Petition [1] (without attachments) and Motion [2] for temporary restraining order filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E.

---

[1] Petitioner paid the filing fee.

Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at

U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and

Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.

Respondent may view Petitioner's Attachments [1-1 to 1-4] via the Court's CM/ECF

System.

The Court warns Petitioner that his failure to timely comply with any Order of this

Court or his failure to keep this Court informed of his current address will result in the

dismissal of this case.

**SO ORDERED**, this the 11th day of June, 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2